TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Afni, Inc.

ORIGINAL FILED
07 MAY 31 PM 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN GRANT,<br><br>    Plaintiff,<br><br>    vs.<br><br>AFNI, INC.,<br><br>    Defendant. | CASE NO.:<br><br>C 07 2850 EMC<br><br>DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES<br><br>BY FAX |

GRANT V. AFNI, INC.
DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Cal. Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Afni, Inc., an Illinois Corporation.

DATED: May 31, 2007

SIMMONDS & NARITA, LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: _____
Jeffrey A. Topor
Attorneys for Defendant