1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Afni, Inc.
7

8

                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  DERWIN GRANT,                    )  CASE NO.: C 07 2850 EMC
                                     )
12         Plaintiff,                )
                                     )
13         vs.                       )  **PROOF OF SERVICE**
                                     )
14  AFNI, INC.,                      )
                                     )
15         Defendant.                )
                                     )
16  _____

17

18

19

20

21

22

23

24

25

26

27

28  _____

GRANT V. AFNI. INC. (CASE NO. C 07 2850 EMC)
PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) **NOTICE OF REMOVAL**

2) **CIVIL COVER SHEET**

3) **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

4) **NOTICE TO ADVERSE PARTY OF REMOVAL**

5) **ANSWER TO COMPLAINT BY DEFENDANT AFNI, INC.**

6) **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE WITH ATTACHED CONSENT/DECLINATION FORMS**

7) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED STANDING ORDERS OF JUDGE CHEN AND ALL JUDGES OF THE NORTHERN DISTRICT**

8) **ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Derwin Grant
245 Henry Street
San Francisco, CA 94114
Plaintiff in Pro Per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 31st day of May, 2007.

_____
Stephanie Schmitt

GRANT V. AFNI. INC. (CASE NO. C 07 2850 EMC)
PROOF OF SERVICE                                                                          3.