UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN GRANT,<br><br>          Plaintiff,<br><br>     v.<br><br>AFNI, INC.,<br><br>          Defendant.<br>_____/ | Case No. 07-2850 EMC |

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( x )    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(  )    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

///

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated: June 4, 2007                                             Richard W. Wieking, Clerk
                                                                United States District Court

                                                                /s/ Betty Fong
                                                                _____
                                                                By: Betty Fong, Deputy Clerk