TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Afni, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN GRANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AFNI, INC.,<br><br>　　　　Defendant. | CASE NO.: C 07 2850 CW<br><br>**AMENDED NOTICE OF MOTION AND MOTION OF FOR JUDGMENT ON THE PLEADINGS BY DEFENDANT AFNI, INC.**<br><br>Date:　August 2, 2007<br>Time:　2:00 p.m.<br>Ctrm:　2, 4th Floor<br><br>The Honorable Claudia Wilken |

TO PLAINTIFF IN PRO PER DERWIN GRANT:

PLEASE TAKE NOTICE that on August 2, 2007 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the above entitled court, located at 1301 Clay Street, Oakland, California 94612, the Honorable Claudia Wilken presiding, defendant Afni, Inc. ("Defendant") will and hereby does move this Court for an Order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, granting judgment on the pleadings in favor of Defendant.

The motion is made on the grounds that the Complaint fails to state facts sufficient to constitute a cause of action against Defendant. The skeletal and conclusory allegations in the complaint, even when assumed true, do not state a claim upon which relief may be granted under the Fair Credit Reporting Act ("the FCRA"), 15 U.S.C. § 1681, *et seq.*, because consumers such as Plaintiff cannot pursue claims against furnishers of data such as Defendant based upon the furnisher's alleged reporting of incomplete or inaccurate information under section 1681s-2(a) of the FCRA, and because Plaintiff has not alleged and cannot allege that he disputed the debt at issue in this action pursuant to his responsibilities under section 1692g of the FDCPA and therefore has not stated a claim against Defendant for failure to validate the debt.

The motion is based upon this Notice of Motion and Motion for Judgment on the Pleadings, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file herein, and such oral argument as is presented.

DATED: June 11, 2007    SIMMONDS & NARITA, LLP
                        TOMIO B. NARITA
                        JEFFREY A. TOPOR


By:   /Tomio B. Narita/
      Tomio B. Narita
      Attorneys for defendant

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

**1) AMENDED NOTICE OF MOTION AND MOTION OF FOR JUDGMENT ON THE PLEADINGS BY DEFENDANT AFNI, INC.**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Derwin Grant
245 Henry Street
San Francisco, CA 94114
Plaintiff in Pro Per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 11th day of June, 2007.

Stephanie Schmitt