TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Afni, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN GRANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AFNI, INC.,<br><br>　　　　Defendant. | CASE NO.: C 07 2850 CW<br><br>**JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER RE DISMISSAL** |

GRANT V. AFNI. INC. (CASE NO. C 07 2850 EMC)
JOINT STIPULATION OF DISMISSAL; PROPOSED ORDER RE DISMISSAL

WHEREAS the parties desire and intend that the above-captioned action be dismissed by Plaintiff DERWIN GRANT, with prejudice; and,

WHEREAS the parties have agreed each to bear their own fees and costs,

THEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the entire action and all parties are dismissed with prejudice.

DATED: ~~June~~ August 21, 2007   DERWIN GRANT

By: _____
Derwin Grant
Plaintiff

DATED: June ___, 2007   SIMMONDS & NARITA, LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: _____
Jeffrey A. Topor
Attorneys for Defendant

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS SO ORDERED.**

DATED: _____, 2007   _____

JUDGE OF THE DISTRICT COURT

GRANT V. AFNI, INC. (CASE NO. C 07 2850 EMC)
JOINT STIPULATION OF DISMISSAL; PROPOSED ORDER RE DISMISSAL

2.

WHEREAS the parties desire and intend that the above-captioned action be dismissed by Plaintiff DERWIN GRANT, with prejudice; and,

WHEREAS the parties have agreed each to bear their own fees and costs,

THEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the entire action and all parties are dismissed with prejudice.

DATED: June ___, 2007    DERWIN GRANT

By: _____
　　Derwin Grant
　　Plaintiff

DATED: August 22, 2007   SIMMONDS & NARITA LLP
                         TOMIO B. NARITA
                         JEFFREY A. TOPOR

By:    s/Jeffrey A. Topor
　　Jeffrey A. Topor
　　Attorneys for Defendant

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS SO ORDERED.**

DATED: _____, 2007    _____
                           JUDGE OF THE DISTRICT COURT

GRANT V. AFNI. INC. (CASE NO. C 07 2850 EMC)
JOINT STIPULATION OF DISMISSAL; PROPOSED ORDER RE DISMISSAL           2.

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) **JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER RE DISMISSAL**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

<u>**VIA U.S. MAIL**</u>

Derwin Grant
245 Henry Street
San Francisco, CA 94114
Plaintiff in Pro Per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 22nd day of August, 2007.



Stephanie Schmitt